1  ROBERT M. HELFEND, SBN 113380
   22631 Pacific Coast Hwy.,
2   No. 309
   Malibu, CA 90265
3  818-591-2809
   rmhelfend@gmail.com
4  Attorney for Defendant
   NATHAN V. HOFFMAN
5

6          UNITED STATES DISTRICT COURT

7        FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          ) No. 2:11MJ -0312-KJN
                                      )
9          Plaintiff,                 ) ORDER CONTINUING PRELIMINARY
                                      ) HEARING
10              v.                    )
                                      )
11 NATHAN V. HOFFMAN,                 ) Date:
   HUNG CAO NGUYEN                    ) Time:
12                                    )
                                      )
13         Defendants.                )
                                      )
   _____

14

15     Based upon the representations by counsel and the stipulation of the parties, IT

16 IS HEREBY ORDERED that:

17

18   1.  The Court finds good cause to extend the Preliminary Hearing currently set for

19 January 6, 2012, to February 10, 2012, at 2:00 p.m. pursuant to Federal Rule of

20 Criminal Procedure 5.1(d);

21

22   2.  Based upon the above representations and stipulation of the parties, the Court

23 further finds that the ends of justice outweigh the best interest of the public and each

24 defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be

25 excluded through February 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local

26 Code T4).  The Court further finds that this case complex and unusual because of the

27 voluminous discovery supporting the charges, the unique form of drug conspiracy in the

28 case, and the large number of pending indicted defendants in two related cases

captioned: United States v. Ebyam, Case No. 2:11-cr-00275 JAM, and United States v.

Ebyam, et al., Case No. 2:11-cr-00276 JAM.  Accordingly, time under the Speedy Trial

Act shall be excluded through February 10, 2012, pursuant to 18 U.S.C.§

3161(h)(7)(B)(ii) (Local Code T2).

**DATE:**  January 4, 2012


_____

**KENDALL J. NEWMAN**
**UNITED STATES MAGISTRATE JUDGE**


Submitted by:


   /s/
ROBERT M. HELFEND
Attorney for Defendant,
NATHAN V. HOFFMAN